CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 3 0 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

|  |  |  |
|---|---|---|
| **MICHAEL E. WYATT,** | ) | **CASE NO. 7:13CV00442** |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **COMMONWEALTH OF VIRGINIA,** | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is hereby **CONSTRUED** as

a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and is **DISMISSED** without

prejudice for failure to exhaust state court remedies, and this action is stricken from the active

docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a

constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is

**DENIED**.

**ENTER**: This _30th_ day of September, 2013.

_James C. Turk_
Senior United States District Judge